IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAL CREATIONS, LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>WILLIAM BARBATO, ANGELA BARBATO, and CHRISTOPHER A LEACH,<br><br>     Defendants. | 8:25CV3118<br><br>**ORDER** |

  **IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 20) is granted and Douglas R. Novotny and Novotny Law, LLC are deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to Douglas R. Novotny and Novotny Law, LLC in this case.

  Dated this 20th day of June, 2025.

                BY THE COURT:

                s/Michael D. Nelson
                United States Magistrate Judge