## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CAL CREATIONS, LLC,**<br><br>  Plaintiff/Counter-Defendant,<br><br> vs.<br><br>**WILLIAM BARBATO,**<br><br>  Defendant/Counter-Claimant/Third-Party Plaintiff,<br><br> vs.<br><br>**CHRISTOPHER LEACH,**<br><br>  Third-Party Defendant. | **8:25CV3118**<br><br>**ORDER** |

This matter is before the Court on the Motion to Withdraw as Counsel (Filing No. 43) filed by Jason M. Bruno, Guillermo M. Martinez, and Sherrets Bruno & Vogt LLC. Counsel seek to withdraw from their representation of William Barbato because of "professional considerations [that] require the Firm to withdraw." Counsel indicates a copy of the motion will be served upon Mr. Barbato and that he has been "apprised, in writing, of all known progression deadlines and hearing dates[.]" After review, the Court finds the motion should be granted. Accordingly,

  **IT IS ORDERED:**

  1. The Motion to Withdraw as Counsel (Filing No. 43) filed by Jason M. Bruno, Guillermo M. Martinez, and Sherrets Bruno & Vogt LLC is granted.

  2. Withdrawing counsel shall immediately serve a copy of this Order upon William Barbato and thereafter file proof of service showing compliance with this Order, listing the name and address of the person to whom notice was sent. Withdrawing counsel will not be relieved of their applicable duties to the Court, Mr. Barbato, and opposing counsel until proof of service is filed.

  3. Upon filing of proof of service pursuant to Paragraph 2 of this Order, Mr. Barbato will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel enters a written appearance on his behalf. Mr. Barbato is responsible for keeping the Court informed of his current contact information while proceeding without representation by counsel.

4. Mr. Barbato may retain substitute counsel at any time. However, until such time as substitute counsel enters a written appearance, Mr. Barbato must comply with all case progression deadlines, Orders of this Court, the Federal Rules of Civil Procedure, and this district's Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs, attorneys' fees, and/or dismissal of his counterclaims and third-party complaint, and/or entry of default against him as defendant.

5. Upon submission of proof of service as described in Paragraph 2 of this Order, Jason M. Bruno, Guillermo M. Martinez, and Sherrets Bruno & Vogt LLC's appearances as counsel of record for Mr. Barbato will be terminated, and the Clerk of Court shall terminate electronic notice to them in this case. Mr. Barbato will thereafter be deemed to be proceeding *pro se* unless and until new counsel enters an appearance on his behalf.

Dated this 8th day of December, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge